U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 30 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| Meche | Civil Action No. 6:11-00561 |
| versus | Judge Richard T. Haik, Sr. |
| Key Energy Services LLC, et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

For the reasons stated in the Memorandum Ruling issued on this date,

**IT IS ORDERED** that Judgment is entered for plaintiff, Willy Andrew Meche and against defendants, Key Energy Services LLC and Alex Doucet.

**IT IS FURTHER ORDERED** that defendants are to pay to plaintiff $129,356.58, with pre-judgment interest from the date of judicial demand to the date of entry of judgment at the rate set by La. R.S. § 9:3500 and La. R.S. 13:4202(B)(2), and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that defendants are taxed with the costs of this proceeding, as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

**JUDGMENT SIGNED** this 30th day of October, 2013 at Lafayette, Louisiana.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE